McCUTCHEON, Respondent, v. TERMINAL STATION COMMISSION OF CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Charles H. McCutcheon against the Terminal Station Commission of the City of Buffalo and others. No opinion. Motion to postpone argument denied, with $10 costs, and argument of appeal set down for September 29th. See, also, 149 N. Y. Supp. 1094.

PER CURIAM. Order appealed from modified, by requiring that the plaintiff, within five days from the service upon plaintiff's attorneys of a copy of this order and notice of entry thereof, give an undertaking to the effect that the plaintiff will pay to the defendants enjoined such damages, not exceeding the sum of $25,000, as they or either of them may sustain by reason of the injunction, if the court finally decides that the plaintiff was not entitled thereto, and that, upon the plaintiff giving and filing such undertaking, the defendants, and each of them, and their respective officers, directors, agents, attorneys, contractors, representatives, and servants, be enjoined and restrained as stated in said order appealed from; but, if such

undertaking be not given and filed within the time stated, the motion for a temporary injunction is denied. No costs are allowed on this appeal to any party. *Held*, that a case was presented by the papers warranting the granting of the temporary injunction, and that, in view of the disposition of the appeal now made by this court, it is not necessary to pass further upon the questions sought to be presented therein. See, also, 149 N. Y. Supp. 1094.